UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METEOR AG, and its Interested Subrogated Underwriters,

        Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION,
FEDEX, FEDEX CORPORATION,
TNT FREIGHT MANAGEMENT (USA) INC.,
GEODIS WILSON USA, INC., and
LAND AIR EXPRESS,

        Defendants.
------------------------------------------------------------x

**JUDGE KOELTL**

'08 CIV 3773

Case No.: 08 Civ.          (    )

**STATEMENT PURSUANT TO RULE 7.1**


RECEIVED APR 21 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None.

Dated: New York, New York
      April 21, 2008

                Yours, etc.,

                **NICOLETTI HORNIG & SWEENEY**
                Attorneys for Plaintiff

                By: _____
                Lawrence C. Glynn (LG 6431)
                Wall Street Plaza
                88 Pine Street
                New York, New York 10005
                (212) 220-3830
                NH&S File No.:    00000806LCG