UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
METEOR AG, and its interested Subrogated
Underwriters,
        Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION,
FEDEX, FEDEX CORPORATION,
TNT FREIGHT MANAGEMENT (USA) INC.,
GEODIS WILSON USA, INC., and
LAND AIR EXPRESS,
        Defendants.
------------------------------------------------------------x

Case. No. 08 CV 3773
JUDGE KOELTL

## DEFENDANT'S RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant, Federal Express Corporation, hereby certifies that:

(1) The full name of the party the attorney represents in this case is Federal Express Corporation. Federal Express Corporation also does business as FedEx Express.

(2) The parent corporation of FedEx Express is FedEx Corporation. FedEx Corporation owns 100% of the stock of FedEx Express.

Dated:    New York, NY
           May 9, 2008

Respectfully submitted,

NEWMAN FITCH ALTHEIM MYERS, P.C.

By: _____
Olivia M. Gross
NEWMAN FITCH ALTHEIM MYERS, P.C.
14 Wall Street – 22nd floor
New York, NY 10007

OF COUNSEL
Thomas W. Murrey, Jr.
Tennessee Bar #011623
Federal Express Corporation
Legal Department
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid, this 9th day of May, 2008 to:

_____
Olivia M. Gross
NEWMAN FITCH ALTHEIM MYERS, P.C.
14 Wall Street – 22nd floor
New York, NY 10007