*JAMES A. SAVILLE, JR.*
*KIPP C. LELAND*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Land Air Express, Inc.

45 Broadway
New York, New York  10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
METEOR AG, and its Interested Subrogated
Underwriters;                                                                    **Index No.:  08 Civ 3773 (JGK)**

                Plaintiff,

   -Against-

FEDERAL EXPRESS CORPORATION, FEDEX,
FEDEX CORPORATION, TNT FREIGHT
MANAGEMENT (USA) INC., GEODIS WILSON                **RULE 7.1 STATEMENT**
USA, INC. and LAND AIR EXPRESS;

                Defendants.
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Land Air Express, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                              **NONE**

DATE:  May 29, 2008                    _____
                                        James A. Saville, Jr.