Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, LIPSIUS
 GARNDER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, NY  10122
(212) 563-1710
Attorneys for Defendant, TNT Freight Management
(USA) Inc. and Geodis Wilson USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
METEOR AG, and its Interested Subrogated     :    Civil Action No.:
Underwriters,                                :    08 CIV 3773 (JGK)
                                             :
              Plaintiffs,                    :
                                             :
     -against-                               :    **RULE 7.1 STATEMENT**
                                             :
FEDERAL EXPRESS CORPORATION, FEDEX,          :
FEDEX CORPORATION, TNT FREIGHT               :
MANAGEMENT (USA), INC., GEODIS WILSON        :
USA, Inc. and LAND AIR EXPRESS,              :
              Defendants.                    :
------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for defendants, TNT Freight Management (USA) Inc. and Geodis Wilson USA, Inc., certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

Dated: June 23, 2008

_____
Marc I. Kunkin