*JAMES A. SAVILLE, JR.*
*KIPP C. LELAND*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Land Air Express, Inc.

45 Broadway
New York, New York  10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
METEOR AG, and its Interested Subrogated
Underwriters;

         Plaintiff,

  -Against-

FEDERAL EXPRESS CORPORATION, FEDEX,
FEDEX CORPORATION, TNT FREIGHT
MANAGEMENT (USA) INC., GEODIS WILSON
USA, INC. and LAND AIR EXPRESS;

         Defendants.
-----------------------------------------------------------------X

**Index No.:  08 Civ 3773 (JGK)**

**DEFENDANT LAND AIR**
**EXPRESS' REPLY TO**
<u>**CROSS CLAIMS**</u>

  Defendant, Land Air Express, Inc., by and through its attorneys Hill Rivkins & Hayden LLP as and for its Reply to the Cross Claims of Defendants TNT Freight Management (USA) Inc. and Geodis Wilson USA, Inc., states upon information and belief as follows:

  1. Defendant Land Air denies the allegations set forth in Paragraph 1 of the Cross Claim.

  2. Defendant Land Air denies the allegations set forth in Paragraph 2 of the Cross Claim.

3. Defendant Land Air denies the allegations set forth in Paragraph 3 of the Cross Claim.

4. Defendant Land Air denies the allegations set forth in Paragraph 4 of the Cross Claim.

Dated: June 24, 2008

                    HILL RIVKINS & HAYDEN LLP
                    *Attorneys for Defendant*
                    *Land Air Express Inc.*

By: _____
       James A. Saville, Jr.
       Kipp C. Leland

                    45 Broadway, Suite 1500
                    New York, New York 10006

TO:

Lawrence C. Glynn, Esq.
Nicoletti Hornig & Sweeney
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801


Marc Kunkin, Esq.
Attorneys for Defendants
TNT Freight Managements (USA) Inc.
Geodis Wilson USA, Inc.
14 Penn Plaza – Suite 500
New York, New York 10122


Olivia M. Gross, Esq.
Newman Fitch Altheim Myers PC
Attorneys for Defendants
Federal Express Corporation
FEDEX
FEDEX Corporation
14 Wall Street – 22nd Floor
New York, New York 10007


29859\Pleading\Reply to Cross Claim

2

*JAMES A. SAVILLE, JR.*
*KIPP C. LELAND*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Land Air Express, Inc.

45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
METEOR AG, and its Interested Subrogated
Underwriters;

          Plaintiff,

 -Against-

FEDERAL EXPRESS CORPORATION, FEDEX,
FEDEX CORPORATION, TNT FREIGHT
MANAGEMENT (USA) INC., GEODIS WILSON
USA, INC. and LAND AIR EXPRESS;

          Defendants.
-------------------------------------------------------------X

**Index No.: 08 Civ 3773 (JGK)**

**AFFIDAVIT OF SERVICE**
**BY MAIL**

*STATE OF NEW YORK*
        *ss.:*
*COUNTY OF NEW YORK*

  The undersigned, being duly sworn, says: I am not a party to the action, am over 18 years of age and resides at Staten Island, New York 10309. That on the 24TH day of June 2008, I served the annexed **Defendant Land Air Express' Reply to Cross Claims** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York state, addressed to each of the following persons at the last known address set forth after each name:

        Lawrence C. Glynn, Esq.
        Nicoletti Hornig & Sweeney
        Attorneys for Plaintiff
        Wall Street Plaza
        88 Pine Street
        New York, New York 10005-1801

Marc Kunkin, Esq.
Attorneys for Defendants
TNT Freight Managements (USA) Inc.
Geodis Wilson USA, Inc.
14 Penn Plaza – Suite 500
New York, New York 10122

Olivia M. Gross, Esq.
Newman Fitch Altheim Myers PC
Attorneys for Defendants
Federal Express Corporation
FEDEX
FEDEX Corporation
14 Wall Street – 22nd Floor
New York, New York 10007

_____
Maryann Castaldo

Sworn to before me this
24th day of June 2008.

_____
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2011