UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

METEOR AG,

                    Plaintiff,        08 Civ. 3773 (JGK)

      - against -

                                  ORDER

FEDERAL EXPRESS CORPORATION, ET AL.,

                  Defendants.
--------------------------------

JOHN G. KOELTL, District Judge:

    Pursuant to the Court's Memorandum Opinion and Order dated November 18, 2009, a joint pretrial order and associated trial filings shall be submitted by **December 18, 2008**. The parties shall be ready for trial on **48 hours** notice on or after **January 8, 2010**.

SO ORDERED.

Dated:    New York, New York
          November 18, 2009

                                            John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/09